1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

| | |
|---|---|
| SUSAN ARKLE and STEPHEN ARKLE, wife and husband and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S WEST STORES, INC., an Ohio Corporation, d/b/a MACY'S; and KELLERMEYER BERGENSONS SERVICES, LLC, a Delaware Limited Liability Corporation, d/b/a KELLERMEYER BUILDING SERVICES,<br><br>Defendants. | Case No.<br><br>DECLARATION OF KENNETH M. ROESSLER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION<br><br>(REMOVED FROM KING COUNTY SUPERIOR COURT, CAUSE NO. 12-2-33951-1 SEA) |

10

11

12

13

14

15

16

17

18

I, KENNETH M. ROESSLER, solemnly declare as follows:

19

1.     I am over eighteen (18) years of age and am competent to testify to the

20

matters contained in this Declaration.  I am the attorney for defendants Macy's and

21

Kellermeyer Building Services in this matter.  I submit this Declaration and the attached

22

23

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

Exhibits in support of defendants' Notice of Removal of plaintiff's state court action to this Court under 28 U.S.C. §§ 1332, 1441 and 1446, et seq.

2.      Attached as **Exhibit 1** to this Declaration is a copy of the Complaint that plaintiffs filed with the King County Superior Court on October 17, 2012.

3.      Attached as **Exhibit 2** to this Declaration is a copy of the Summons that plaintiffs filed with the King County Superior Court on October 17, 2012.

4.      Attached as **Exhibit 3** is a copy of the Service of Process Transmittal from CT Corporation System, the registered agent for defendant Kellermeyer Bergensons Services, LLC showing that this defendant was served with the plaintiffs' Complaint and Summons on October 19, 2012.

5.      Attached as **Exhibit 4** is a copy of the Service of Process Transmittal from Corporation Service Company (CSC), the registered agent for defendant Macy's West Stores, Inc., showing that this defendant was served with the plaintiffs' Complaint and Summons on October 19, 2012.

6.      Both of the defendants are out-of-state corporate entities whose principal places of business are outside the state of Washington. Macy's West Stores, Inc. is an Ohio corporation with its principal place of business in Ohio. Kellermeyer Bergensons Services, LLC is a Delaware limited liability company whose principal place of business is in Ohio. Plaintiffs are residents of King County, Washington, as alleged on page 1 of their Complaint. The citizenship of the two defendants is completely diverse from that of the plaintiffs.

DECLARATION OF KENNETH M. ROESSLER IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL OF ACTION – PAGE 2

723357 / 235.577

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

7.     Attached as **Exhibit 5** to this Declaration is a copy of the Notice of Appearance for Defendant Kellermeyer Bergensons Services, LLC, filed in state court.

8.     Attached as **Exhibit 6** to this Declaration is a copy of the Notice of Appearance for Defendant Macy's West Stores, Inc., filed in state court.

9.     My client, Macy's West Stores, Inc., received a 400-page ER 408 settlement demand package from plaintiffs' counsel Scott A. Hughes, including a July 18, 2012 demand letter, making a settlement demand of $125,000.  The demand letter alleges that plaintiff has been "in a great deal of pain since the accident" over three years ago; that she is "unable to perform simple house chores … because it is stressful on her back," and she alleges $25,597.33 in medical expenses has been incurred because of the November 12, 2009 incident.   The amount in controversy is thus well in excess of the jurisdictional minimum of $75,000.  In order to avoid potential violations of HIPAA and privacy, defense counsel is refraining from attaching a copy of the plaintiff's demand letter or exhibits thereto to this Declaration.

10.     My office is paying online the amount of $350.00 as payment of the civil filing fee for this removal.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 15th day of November, 2012.

Kenneth M. Roessler

DECLARATION OF KENNETH M. ROESSLER IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL OF ACTION – PAGE 3

723357 / 235.577

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

# EXHIBIT 1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

SUSAN ARKLE and STEPHEN ARKLE,          )
wife and husband and the marital         )
community composed thereof,              )
                                         )
                 Plaintiffs,             )        NO.  12-2-33951-1 SEA
                                         )
        v.                               )
                                         )        COMPLAINT FOR DAMAGES
MACY'S WEST STORES, INC., an Ohio        )
Corporation, d/b/a MACY'S; and           )
KELLERMEYER BERGENSONS                    )
SERVICES, LLC, a Delaware Limited        )
Liability Corporation, d/b/a             )
KELLERMEYER BUILDING SERVICES,           )
                                         )
                 Defendants.             )
_____  )

I

## PARTIES AND JURISDICTION

1.1     Plaintiffs Susan Arkle and Stephen Arkle are, and at all times material hereto, were wife
and husband and constitute a marital community.  At all times material hereto, Plaintiffs Arkle were
residents of King County, Washington.

1.2     On information and belief, Defendant, Macy's West Stores, Inc., d/b/a Macy's
(hereinafter referred to as "Macy's"), is an Ohio corporation authorized to do business in the State of
Washington.  Defendant Macy's conducts business in Redmond, King County, Washington.
Defendant Macy's is and was responsible for the maintenance and safety of the property where the

COMPLAINT - 1

Hughes | Robbins, P.S.
Attorneys at Law
2000 112th Avenue N.E.
Bellevue, WA 98004
(425) 455-0390; FAX (425) 637-1214

1   injury complained of herein occurred.

2        1.3     On information and belief, Defendant, Kellermeyer Bergensons Services, LLC, d/b/a
3   Kellermeyer Building Services, is a Delaware limited liability corporation authorized to do business
4   in the State of Washington.  Defendant, Kellermeyer Bergensons Services, conducts business in King
5   County, Washington, and was a contractor for Defendant Macy's at the time of the injury complained
6   of herein occurred.

7        1.4     All acts complained of herein occurred in King County, Washington.

8

9                                                **2**

10                                             **FACTS**

11       2.1     Plaintiffs realleges each and every allegation contained in the preceding paragraphs.

12       2.2     On or about November 12, 2009, plaintiff Susan Arkle was a business invitee at the
13   Macy's store in Redmond, King County, Washington.  As Mrs. Arkle was exiting the store restroom,
14   she slipped on a puddle of standing water which caused her to fall to the floor.  At the direction of
15   Defendant Macy's, an employee or contractor had previously been cleaning the floors and failed to
16   adequately post warning signs to notify customers that the floor was wet.  This fall caused injuries as
17   indicated below.

18

19                                                **3**

20                              **CAUSE OF ACTION - NEGLIGENCE**

21       3.1     Plaintiffs realleges each and every allegation contained in the preceding paragraphs.

22       3.2     The injuries and damages alleged herein were due to the negligence and acts of the
23   defendants listed above and their agents, including but not limited to the following particulars:

24            3.2.1   In failing to exercise reasonable care to protect persons on the defendants'
25   property from injury when the defendants knew or should have known of the danger in connection
26   herewith;

27            3.2.2   In failing to exercise reasonable care with regard to the premises as to all

28

COMPLAINT - 2

Hughes | Robbins, P.S.
Attorneys at Law
2000 112th Avenue N.E.
Bellevue, WA 98004
(425) 455-0390; FAX (425) 637-1214

1  persons who might be expected to come upon same;

2        3.2.3  In failing to maintain the property in a reasonable manner;

3        3.2.4  In failing to maintain the building's restroom floor in such a manner as to

4  prevent falls by persons who might be expected to walk upon or use such floor; and

5        3.2.5  In failing to provide adequate warning as to potentially dangerous conditions

6  including, but not limited to, slippery floors on the subject property.

7      3.3    As a direct and proximate result of defendants' negligence, plaintiffs have suffered

8  damages as set forth below.

9

10  <u>4</u>

11  **CAUSE OF ACTION - RESPONDEAT SUPERIOR**

12      4.1    Plaintiffs reallege each and every allegation contained in the preceding paragraphs.

13      4.2    Macy's Risk Management Department contents that defendant Kellermeyer Bergensons

14  Services is responsible for the actions of its employees and agents and for the injuries thereby caused

15  to the plaintiffs under the Doctrine of Respondeat Superior.

16

17  <u>5</u>

18  **DAMAGES**

19      5.1    Plaintiffs reallege each and every allegation contained in the preceding paragraphs.

20      5.2    As a direct and proximate result of the negligence of defendants, plaintiffs have

21  suffered damages which include, but are not limited to:  past, present and future medical expenses;

22  past, present and future physical pain and suffering; reduction in the capacity to enjoy life; loss of

23  consortium and other miscellaneous expenses related to the plaintiff Susan Arkle's injuries; and such

24  other and further special and general damages as will be proven at trial.

25

26

27

28

COMPLAINT - 3

Hughes | Robbins, P.S.
Attorneys at Law
2000 112th Avenue N.E.
Bellevue, WA 98004
(425) 455-0390; FAX (425) 637-1214

**6**

**PRAYER FOR RELIEF**

WHEREFORE, plaintiffs pray for judgment against defendants in amounts to be proven at trial, to fully and fairly compensate plaintiff for those damages that are set forth above, together with pre- and post-judgment interest, costs, attorneys' fees, and such other and further relief as the court deems just and appropriate under the circumstances.

DATED this _17th_ day of October, 2012.

HUGHES | ROBBINS, P.S.

By _____
Scott A. Hughes
WSBA #28052
Attorney for Plaintiffs

COMPLAINT - 4

Hughes | Robbins, P.S.
Attorneys at Law
2000 112th Avenue N.E.
Bellevue, WA 98004
(425) 455-0390; FAX (425) 637-1214

# EXHIBIT 2

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

SUSAN ARKLE and STEPHEN ARKLE,                )
wife and husband and the marital              )
community composed thereof,                    )
                                               )
                Plaintiffs,                    )    NO. 12-2-33951-1 SEA
                                               )
        v.                                     )
                                               )    SUMMONS
MACY'S WEST STORES, INC., an Ohio             )
Corporation, d/b/a MACY'S, and                )
KELLERMEYER BERGENSONS                         )
SERVICES, LLC, a Delaware Limited              )
Liability Corporation, d/b/a                   )
KELLERMEYER BUILDING SERVICES,                 )
                                               )
                Defendants.                    )
_____)

TO:   MACY'S WEST STORES, INC and KELLERMEYER BERGENSONS
      SERVICES, LLC, Defendants.

        A lawsuit has been started against you in the above-entitled court by plaintiffs Susan and

Stephen Arkle.  The plaintiffs claim is stated in the written complaint, a copy of which is served

upon you with this summons.

        In order to defend against this lawsuit, you must respond to the complaint by stating your

defense in writing, and by serving a copy upon the person signing this summons within twenty

(20) days after the service of this summons, excluding the day of service, or within sixty (60) days

of service if made upon you outside of the State of Washington, or a default judgment may be

entered against you without notice.  A default judgment is one entitling plaintiffs to the damages

being sought in the complaint because you failed to respond.  If a notice of appearance on your

SUMMONS - 1

HUGHES | ROBBINS, P.S.
Attorneys at Law
2000 112th Avenue N.E.
Bellevue, WA 98004
(425) 455-0390; FAX (425) 637-1214

10/25/2012

1    behalf is served on the undersigned person, you must receive notice before a default judgment can

2    be entered.

3           You can demand that plaintiffs file this lawsuit with the court.  If you do so, the demand

4    must be in writing and must be served upon the person signing this summons.  Within fourteen

5    (14) days after you serve the demand, the plaintiffs must file this lawsuit with the court, or the

6    service on you of this summons and complaint will be void.

7           If you wish to seek the advice of an attorney in this matter, you should do so promptly so

8    that your written response, if any, may be served on time.

9           This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State

10   of Washington.

11          DATED this 17th day of October, 2012.

12

13                                     HUGHES | ROBBINS, P.S.

14

15                                     By:_____

16                                     Scott A. Hughes, WSBA# 28052
                                       Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

SUMMONS - 2

# EXHIBIT 3

 CT Corporation

**Service of Process Transmittal**
10/19/2012
CT Log Number 521448911

Human Resources

OCT 2 9 2012

TO: Judy Sobota, General Liability Admin.
Kellermeyer Building Services Inc.
1575 Henthorne Drive
Maumee, OH 43537

RE: **Process Served in Washington**

FOR: Kellermeyer Bergensons Services, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Susan Arkle and Stephen Arkle, etc., Pltfs. vs. Macy's West Stores, Inc., etc., and Kellermeyer Bergensons Services, LLC, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice(s), Case Schedule, Order, |
| **COURT/AGENCY:** | King County - Superior Court, WA<br>Case # 122339511SEA |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - November 12, 2009 - Macy's Store in Redmond, King County, Washington |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/19/2012 at 14:31 |
| **JURISDICTION SERVED :** | Washington |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, excluding the day of service |
| **ATTORNEY(S) / SENDER(S):** | Scott A. Hughes<br>Hughes\|Robbins, P.S.<br>2000 112th Avenue N.E.<br>Bellevue, WA 98004<br>(425) 455-0390 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/20/2012, Expected Purge Date: 10/25/2012<br>Image SOP<br>Email Notification, Judy Sobota jsobota@kbs-services.com<br>Email Notification, Nick Feasel nickf@kbs-clean.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | CT Corporation System<br>Michele Rowe<br>505 Union Avenue SE<br>Suite 120<br>Olympia, WA 98501<br>360-357-6794 |

Page 1 of  1 / RF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT 4



**CORPORATION SERVICE COMPANY®**

## Notice of Service of Process

NJP / PERINJ
**Transmittal Number: 10453662**
**Date Processed: 10/22/2012**

| | |
|---|---|
| Primary Contact: | Cindy Price<br>Macy's, Inc.<br>7 West Seventh St.<br>Cincinnati, OH 45202 |
| Copy of transmittal only provided to: | Rob Diesel |

| | |
|---|---|
| **Entity:** | Macy's West Stores, Inc.<br>Entity ID Number 2199852 |
| **Entity Served:** | Macy's West Stores, Inc., d/b/a Macy's |
| **Title of Action:** | Susan Arkle vs. Macy's West Stores, Inc., d/b/a Macy's |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | King County Superior Court, Washington |
| **Case/Reference No:** | 12-2-33951-1 SEA |
| **Jurisdiction Served:** | Washington |
| **Date Served on CSC:** | 10/19/2012 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Scott A. Hughes<br>425-455-0390 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

# EXHIBIT 5

1

2

3
                                                                Honorable Julie Spector

4

5

6               IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
                                IN AND FOR KING COUNTY

7
    SUSAN ARKLE and STEPHEN ARKLE, wife        No. 12-2-33951-1 SEA
8   and husband and the marital community
    composes thereof,                          NOTICE OF APPEARANCE
9
                            Plaintiffs,
10
        vs.
11
    MACY'S WEST STORES, INC., an Ohio
12  Corporation, d/b/a MACY'S; and
    KELLERMEYER BERGENSONS SERVICES,
13  LLC, a Delaware Limited Liability Corporation,
    d/b/a KELLERMEYER BUILDING
14  SERVICES,

15                          Defendants.

16  TO:         Clerk of the Court;

17  AND TO:     Plaintiffs' attorneys of record

18      **DEFENDANT   KELLERMEYER   BERGENSONS   SERVICES,   LLC   d/b/a

19  KELLERMEYER BUILDING SERVICES, a Delaware limited liability corporation, without

20  waiving jurisdiction or service of process or any affirmative defense, enters its appearance in

21  the above-entitled action through Forsberg & Umlauf, P.S., its attorneys of record in this case,

22  and requests that all further pleadings herein, exclusive of process, be served upon said

23  attorneys at their office address below.

    NOTICE OF APPEARANCE – PAGE 1              **FORSBERG & UMLAUF, P.S.**
                                                     ATTORNEYS AT LAW
                                               901 FIFTH AVENUE • SUITE 1400
                                               SEATTLE, WASHINGTON 98164-1039
                                               (206) 689-8500 • (206) 689-8501 FAX
    720986 / 235.0577

1    DATED this ____ day of November, 2012.

2                                          FORSBERG & UMLAUF, P.S.

3

4                                          By: _____
                                               Roy A. Umlauf, WSBA #15437
5                                              Attorneys for Defendant Kellermeyer
                                               Bergensons Services, LLC d/b/a
6                                              Kellermeyer Building Services

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing NOTICE OF APPEARANCE on the following individuals in the manner indicated:

Mr. Scott Hughes
Hughes Robbins
2000 112th Avenue, N.E.
Bellevue, WA  98004-2913
Facsimile: 425-637-1214
(X) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(X) Via Email

SIGNED this _9TH_ day of November, 2012, at Seattle, Washington.

_____
Shawn G. Menning

NOTICE OF APPEARANCE – PAGE 3

720986 / 235.0577

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

# EXHIBIT 6

1

2
Honorable Julie Spector
3

4

5

6

7

8            IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
                       IN AND FOR KING COUNTY
9
SUSAN ARKLE and STEPHEN ARKLE,          No. 12-2-33951-1 SEA
10  wife and husband and the marital community
    composed thereof,                      NOTICE OF APPEARANCE
11
                    Plaintiffs,
12
        vs.
13
    MACY'S WEST STORES, INC., an Ohio
14  Corporation, d/b/a MACY'S; and
    KELLERMEYER BERGENSONS SERVICES,
15  LLC, a Delaware Limited Liability Corporation,
    d/b/a KELLERMEYER BUILDING
16  SERVICES,

17                  Defendants.

18
        TO:      Clerk of the Court;
19
    AND TO:      Plaintiffs' attorney of record, Scott A. Hughes
20
            **DEFENDANT** MACY'S WEST STORES, INC., an Ohio corporation, d/b/a Macy's,
21
    without waiving jurisdiction or service of process or any affirmative defense, enters its
22
    appearance in the above-entitled action through Forsberg & Umlauf, P.S., its attorneys of
23

NOTICE OF APPEARANCE – PAGE 1                    **FORSBERG & UMLAUF, P.S.**
                                                      ATTORNEYS AT LAW
                                                 901 FIFTH AVENUE • SUITE 1400
                                                 SEATTLE, WASHINGTON 98164-1039
723336 / 235.0577                               (206) 689-8500 • (206) 689-8501 FAX

1   record in this case, and requests that all further pleadings herein, exclusive of process, be

2   served upon said attorneys at their office address below.

3        DATED this 14th day of November, 2012.

4                        FORSBERG & UMLAUF, P.S.

5

6              By: _____
               Roy A. Umlauf, WSBA #15437

7                  Kenneth M. Roessler, WSBA # 31886
               Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE – PAGE 2

723336 / 235.0577

1

**CERTIFICATE OF SERVICE**

2      The undersigned certifies under the penalty of perjury under the laws of the State of

3  Washington that I am now and at all times herein mentioned, a citizen of the United States, a

4  resident of the State of Washington, over the age of eighteen years, not a party to or interested

5  in the above-entitled action, and competent to be a witness herein.

6      On the date given below I caused to be served the foregoing NOTICE OF

7  APPEARANCE on the following individuals in the manner indicated:

8  Mr. Scott Hughes
   Hughes Robbins
9  2000 112th Avenue, N.E.
   Bellevue, WA  98004-2913
10 Facsimile:  425-637-1214
   (X) Via U.S. Mail
11 (  ) Via Facsimile
   (  ) Via Hand Delivery
12 (X) Via Email

13

14
   SIGNED this _14th_ day of November, 2012, at Seattle, Washington.

15

16

17      Shawn G. Menning

18

19

20

21

22

23

NOTICE OF APPEARANCE – PAGE 3

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

723336 / 235.0577